# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MICHAEL D. PAHUTSKI.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Judicial Notice and Request for Clarification from the Court [Doc. 430].

On January 12, 2012, the United States Court of Appeals for the Fourth Circuit affirmed the Defendant's conviction and sentence. [Doc. 425]. There is nothing pending in this case. On August 13, 2012, Federal Defender Ross Richardson filed a Notice of Appearance in this action but did not disclose therein the reason for the filing. [Doc. 429]. The Defendant has objected to that Notice of Appearance.[1] [Doc. 430]. The Court finds that the Defendant is entitled to know the reason for the appearance.

---

[1] The Defendant filed a motion pursuant to 28 U.S.C. §2255 on May 15, 2012. Pahutski v. United States, Civil Case No. 3:12cv308. Attorney Richardson did not file a Notice of Appearance in that case.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the Federal Defender shall respond in writing as to the nature of appearance in this action.

**IT IS FURTHER ORDERED** that in view of this Order, the Defendant's Judicial Notice and Request for Clarification from the Court [Doc. 430] is hereby **DENIED** as moot.

Signed: September 13, 2012

Martin Reidinger
United States District Judge